IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA L. SAVAGE, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-18-0611-F |
| RKT SEMINOLE, LLC, | ) |
| Defendant. | ) |

## ORDER

Plaintiff has now paid the $400.00 filing fee. Doc. no. 6. Accordingly, it is clear that plaintiff does not object to the Report and Recommendation of the Magistrate Judge. Doc. no. 5 (the Report). The Report recommended that the court find plaintiff is not qualified to proceed in forma pauperis. On that basis, the Report recommended that plaintiff's amended application to proceed in forma pauperis (doc. no. 4) be denied. The court agrees with the magistrate judge that plaintiff is not entitled to proceed in forma pauperis, and the Report is **ADOPTED** to that extent. As the filing fee has now been paid, plaintiff's amended motion to proceed in forma pauperis (doc. no. 4) is **DENIED** on the ground that it is **MOOT**.

IT IS SO ORDERED this 6th day of August, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0611p001.docx